[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————

No. 11-15653
Non-Argument Calendar

————————

D. C. Docket No. 8:11-cv-01776-SCB-TGW

WILLIAM M. BARRY,

Plaintiff-Appellant,

versus

BETH A. BARRY,

Defendant-Appellee.

————————

Appeal from the United States District Court
for the Middle District of Florida

————————

(January 2, 2013)

Before TJOFLAT, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

The District Court, in an order issued on October 31, 2011, dismissed

appellant's complaint because the claim he asserted is time-barred and entered judgment accordingly.  He appeals the court's judgment.  We agree with the District Court that appellant's claim is time-barred and accordingly affirm.

AFFIRMED.